**Order entered October 9, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00711-CV

## IN THE INTEREST OF J.L., JR., ET AL., CHILDREN

**On Appeal from the 254th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-17-19273**

## ORDER

Before the Court is Father's October 8, 2019 motion to extend time to file his brief. Because this accelerated appeal from a decree of termination was filed June 13, 2019 and should be brought to final disposition within 180 days of the filing of the notice of appeal, we **GRANT** the motion to the extent we **ORDER** Father's brief be filed no later than October 21, 2019. *See* TEX. R. JUDICIAL ADMIN. 6.2(a). We caution that further extension requests will not be granted absent exigent circumstances.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE